# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 96-1365

_____

Preston C. Roberson,        *
                            *

       Appellant,      *
                            *

    v.                   *
                            *

Mr. Walton, Manager, Cummins  *
Unit Infirmary, Arkansas     *
Department of Correction; Ms.  *
Bennett, Cummins Unit       *
Infirmary, Arkansas Department *
of Correction; Don Worthy; Ken * Appeal from the United States
Wright; Dr. Brooks; Dr.       * District Court for the
Lintecum, originally sued as  * Eastern District of Arkansas
"Dr. Lintcum"; Lois Coleman,  *
originally sued as "Louis    *   [UNPUBLISHED]
Coleman"; Ann Stephens,      *
originally sued as "Ann       *
Stephen";                 *
                            *

       Defendants,     *
                            *

Frank Thompson, originally   *
sued as "Warden Thompson,"   *
                            *

       Appellee.      *

_____

Submitted: April 21, 1997

Filed: May 20, 1997
_____

Before McMILLIAN, FAGG, and LOKEN, Circuit Judges.
_____


PER CURIAM.

Arkansas inmate Preston C. Roberson appeals from a final order entered in the United States District Court for the Eastern District of Arkansas granting summary judgment in favor of Frank Thompson in Roberson's 42 U.S.C. § 1983 action claiming deliberate indifference to serious medical needs. Having carefully reviewed the record and the briefs, we conclude summary judgment was proper based on issue preclusion or collateral estoppel grounds. Roberson asserted in this action that Thompson did nothing when he complained about nurse Ann Stephens's refusal to treat his knee. Thus, an element of the deliberate indifferent claim against Thompson is that Stephens was deliberately indifferent to Roberson's knee problems. That issue, however, was raised, litigated and decided on the merits in a previous action in which the district court held that Stephens was not deliberately indifferent to Roberson's serious medical problems. Roberson v. Stephens, No. PB-C-93-325, slip op. at 4 (E.D. Ark. Oct. 1, 1993) (memorandum and order), aff'd, 29 F.3d 628 (8th Cir. 1994) (table).

Accordingly, we affirm the order of the district court. Roberson's motion for a hearing is denied.

A true copy.

    Attest:

        CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

-2-